Mario Quintanilla # 1892523
Byrd Unit
21. F.M. 247
Huntsville Tx. 77320

5-28-15

81,156-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

RE: WRIT of MANDAMUS And
Writ of Habeas Corpus # 139...

Dear Mr. Acosta, this short letter is
to notify the court of my change of
address. I am temporary assigned to
the Byrd Unit, await an assigned Unit
I will notify the court of my new
assigned Unit A.S.A.P.

I may also be released on parole
but I'll still notify the courts
regardless.
I still have not recieved any
response concerning my Writ from
my trial court Its been 8 months
since it was filed.

Thank you for your time

Sincerely,

Mario Quintanilla